TRAVELERS

ACRISURE NEW ENGLAND
10 RESEARCH PKWY STE 400
WALLINGFORD, CT 06492

January 27, 2025

**Your Policy**

[redacted]
**69 CHERRY ST**
11/01/2024 to 11/01/2025

Log in to MyTravelers.com to manage your policy and billing details.

MARY M MARTINS
ALBERT MARTINS
69 CHERRY ST
WENHAM, MA 01984-1305

# Your insurance policy has changed

As a Travelers insurance customer, you have more than 150 years of experience, financial stability and superior claim service behind you, so you can feel protected – especially when you need us most.

## Review your updated policy documents

No one understands your needs better than you. So please take a moment to review and confirm your insurance policy details, including your Declarations page, which lists the coverage you purchased, your coverage limits and deductibles.

If you decide to rent, sell, vacate or remodel this property, please notify your agent or Travelers representative immediately to maintain the coverage you need.

## Superior Service

At Travelers, we provide fast, efficient claim service and 24/7 claim reporting. We're proud to put our talent, expertise and resolution excellence to work for you.

On behalf of ACRISURE NEW ENGLAND, thank you for choosing Travelers to help you protect what matters. It's Better Under the Umbrella®.

## A faster, easier way to manage your account

Visit **MyTravelers.com** or open the camera on your smartphone and scan the QR code below to download our mobile app, where you can:

- Manage your policy and bills
- Submit and monitor a claim

**Contact Information**
Policy questions or changes: 1.781.935.8480
24-hour claim service: 1.800.252.4633

Sincerely,

Michael Klein
President
Travelers Personal Insurance

**Take advantage of our other coverage options and multi-policy discount**

AUTO BOAT & YACHT UMBRELLA VALUABLES

**Call your agent or Travelers representative at 1.781.935.8480 to find out more!**

YOUR AGENCY
**ACRISURE NEW ENGLAND**
10 RESEARCH PKWY STE 400
WALLINGFORD, CT 06492
PHONE: 1.781.935.8480 | FAX: (781) 933-5645

TRAVELERS

**YOUR POLICY**

[redacted]
**69 CHERRY ST**
Nov 01, 2024 to Nov 01, 2025

**Log in to MyTravelers.com to manage your policy and billing details.**

# You're insured!

This document is intended to help you better understand your homeowners insurance. Your policy is effective from **November 1, 2024** to **November 1, 2025**. For a complete description of your coverage, please refer to your policy.



COVERAGE A
**Dwelling** and attached structures such as garages and decks

YOUR LIMIT
**$1,455,000**

COVERAGE B
**Other structures** such as detached garages and sheds

YOUR LIMIT *
**$415,694**

COVERAGE C
**Personal property** such as furniture and clothing

YOUR LIMIT *
**$415,694**

COVERAGE E
**Personal liability** for property damage and bodily injury to others

YOUR LIMIT
**$500,000**

COVERAGE F
**Medical payments** to others

YOUR LIMIT
**$10,000**

COVERAGE D
**Loss of use** or access to your dwelling

YOUR LIMIT *
**$415,694**

**Deductibles**
Amount of a covered claim that is your responsibility

| | |
|---|---|
| **All Perils** | **$1,000** |

## You're receiving four discounts for a total savings of $3,677.00

- ✔ **Early Quote**
- ✔ **Good Payer**
- ✔ **Fire Protective Device**
- ✔ **Theft Protective Device**
- ○ **Multi-Policy**
- ○ **Loss Free**
- ○ **Water Protective Device**
- ○ **Green Home**
- ○ **Windstorm Mitigation**

**12-month total premium**

# $14,071.00

Go to **MyTravelers.com/discounts** and use product code QH2 to learn about all the discounts available to you.

* Your Coverage B, C, and D limits are maintained as a percentage of your Coverage A limit. If your Coverage A limit changes, your Coverage B, C, and D limits will be adjusted accordingly.

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

TRAVELERS

As of January 27, 2025

## What does your policy typically cover?

Your policy helps protect you from a number of things that can go wrong. Here are some of the most common:

**Weather**

Hail, lightning, and other weather events can damage your roof, windows, siding, and more – so can falling branches and other debris.

**Fire**

Whether it's smoke damage from a small kitchen fire or extensive damage from a large, accidental fire, your policy can help you repair or rebuild your property.

**Theft or vandalism**

Your policy typically covers theft or vandalism of your property. See your policy for special limits on things such as collectibles, jewelry, and money.

**Take steps to protect your property and call us as soon as damage occurs.
For more tips, go to MyTravelers.com/prepare-prevent.**

### What isn't covered?

Your policy covers you for many types of loss or damage, but it can't protect you from everything. Some examples:

**Floods are not covered**

Your policy does not cover flood damage. Please review the Important Information About Flood Damage page for more details and resources.

**Earthquake coverage is optional**

Damage from earthquakes is not covered, unless you specifically purchase coverage for it. Check under the Optional Coverages and Packages section of your Policy Declarations. If you do not see this coverage listed and think you need it, please contact your agent or Travelers representative.

**It's not for home maintenance**

Repairs due to wear and tear or lack of upkeep are not typically covered under your policy.

### When circumstances change, we need to know

Review your Policy Declarations to be sure the information we have is accurate. If your property, circumstances, or needs change, let us know immediately to maintain the coverage you need. Not informing us may result in a denied claim.

Contact your agent or Travelers representative if:

- Your mailing address changes
- Someone named on the policy moves out
- Someone named on the policy passes away
- Someone moved onto your property
- You rent, sell, temporarily relocate, vacate or buy a new home
- Business is conducted on your property
- You renovate or build an addition
- You replace your roof

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

TRAVELERS

# Homeowners Policy Change Declarations

## Named Insured and Mailing Address

MARY M MARTINS
ALBERT MARTINS
69 CHERRY ST
WENHAM, MA 01984-1305
MOLLY@MARTINSCOMPANIES.COM

## Your Agency's Name and Address

ACRISURE NEW ENGLAND
10 RESEARCH PKWY STE 400
WALLINGFORD, CT 06492

## Residence Premises

69 CHERRY ST
WENHAM, MA 01984-1305

## Mortgagee Name and Address

1. NORTH SHORE BANK
   ISAOA/ATIMA
   PO BOX 150
   NORTHVILLE, NY 12134-0150
   LOAN NUMBER: 6194501078

---

## Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | [redacted] | **For Policy Service** | 1.781.935.8480 |
| **Your Account Number** | | **For Claim Service** | 1.800.252.4633 |

**Your Insurer** THE TRAVELERS HOME AND MARINE INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

---

**Premium Change:** This change causes no additional or return premium for the policy period.
**Change Effective:** November 1, 2024
**Reason For Change:**
Change to Mortgagee 1

*These Declarations replace all prior declarations on the date on which this change is effective.*

**The policy period is from November 1, 2024 at 12:01 A.M. STANDARD TIME to November 1, 2025 at 12:01 A.M. STANDARD TIME at the residence premises.**

**Total Premium for this Policy:** **$14,071.00**
**This is not a bill. You will be billed separately for this transaction.**

---

## Discounts

The following discounts reduced your premium:

Early Quote
Good Payer
Fire Protective Device
Theft Protective Device

**Savings Reflected in Your Total Premium:** **$3,677.00**

---

TRAVELERS

## Coverages and Limits of Liability

| Property Coverage Section | Limit |
|---|---|
| Coverage A – Dwelling | $1,455,000 |
| Coverage B – Other Structures | $415,694 |
| Coverage C – Personal Property | $415,694 |
| Coverage D – Loss of Use | $415,694 |

| Liability Coverage Section | Limit |
|---|---|
| Coverage E – Personal Liability - Bodily Injury and Property Damage (each occurrence) | $500,000 |
| Coverage F – Medical Payments to Others (each person) | $10,000 |

## Deductibles

| Peril Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Perils) | $1,000 |

*In case of loss under the Property Coverage Section, only that part of the loss over the applicable deductible will be paid (up to the coverage limit that applies).*

## Special Limits and Additional Coverages

**Coverage Level: Travelers Protect Premier®**

*The limit shown for each of the Special Limits of Liability and Additional Coverages is the total limit for each loss in that category.*

| Personal Property – Special Limits of Liability | Limit |
|---|---|
| **a.** Money, bank notes, coins, stored value cards | $2,000 |
| **b.** Securities, accounts, passports, tickets, stamps | $5,000 |
| **c.** Comic books and trading cards | $5,000 |
| **d.** Collectibles, figurines, glassware, marble, porcelains, statuary | $5,000 |
| **e.** Theft, misplacing or losing of jewelry, watches, precious stones | $5,000 |
| **f.** Theft, misplacing or losing of furs | $5,000 |
| **g.** Theft, misplacing or losing of silverware, goldware, pewterware | $10,000 |
| **h.** Theft, misplacing or losing of firearms and related equipment | $10,000 |
| **i.** Theft of tools and their accessories | $5,000 |
| **j.** Theft of rugs, tapestries and wall hangings | $5,000 |
| **k.** Business property on the residence premises | $15,000 |
| **l.** Business property away from the residence premises | $5,000 |
| **m.** Trailers or semitrailers not used with watercraft | $5,000 |
| **n.** Motor vehicle parts or equipment not attached to motor vehicle | $2,500 |
| **o.** Electronic apparatus while in or upon a motor vehicle or watercraft | $5,000 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

| Property – Additional Coverages | | Limit |
|---|---|---|
| Debris Removal (Additional % of damaged covered property limit) | | 5% |
| Tree Removal | Per Tree $500 | Per Loss $1,000 |

TRAVELERS

Named Insured MARY M MARTINS
ALBERT MARTINS

Policy Number [redacted]

Policy Period November 1, 2024 to November 1, 2025

Issued On Date January 27, 2025

| Property – Additional Coverages (continued) | | Limit |
|---|---|---|
| Trees, Shrubs and Other Plants (5% of Coverage A - Dwelling Limit) | Per Tree $500 Per Loss | $72,750 |
| Fire Department Service Charge | | $2,500 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | | $10,000 |
| Loss Assessment | | Pkg |
| Landlord Furnishings | | $2,500 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | | $145,500 |
| Personal Records and Data Replacement | | $5,000 |
| Limited Fungi or Other Microbes Remediation | | $10,000 |

*The applicable policy deductible applies unless otherwise noted.*

| Liability – Additional Coverages | Limit |
|---|---|
| Damage to Property of Others | $10,000 |
| Loss Assessment | Pkg |
| Limited Fungi or Other Microbes Liability Coverage | |
| Coverage E – Aggregate Limit of Liability | $50,000 |
| Coverage F – Sub Limit of Liability | $10,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages and Packages

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Functional Replacement Cost Loss Settlement | HQ-825 MA (05-17) | | Included* |

| Optional Packages | Endorsement | Limit | Premium |
|---|---|---|---|
| **Enhanced Water Package** | | | Included* |
| Water Back Up and Sump Discharge or Overflow Coverage | HQ-208 MA (08-20) | $20,000 | |
| Limited Hidden Water or Steam Seepage or Leakage Coverage | HQ-209 MA (08-18) | $20,000 | |
| **Additional Coverage Package** | | | Included* |
| Special Personal Property Coverage | HQ-015 MA (02-21) | | |
| Personal Injury Coverage | HQ-082 MA (02-19) | | |
| Personal Property Replacement Cost Loss Settlement | HQ-290 MA (02-21) | | |
| Additional Replacement Cost Protection Coverage 50% of Coverage A - Dwelling Limit | HQ-420 MA (11-18) | $727,500 | |
| Refrigerated Property Coverage | HQ-498 MA (05-17) | $500 | |
| Loss Assessment | Increased Limit | $50,000 | |

***Note:** The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

## Required Forms and Endorsements Included in Your Policy: Form: 633

| | |
|---|---|
| Policy Quick Reference | HQ-T77 CW (05-17) |

TRAVELERS

## Required Forms and Endorsements Included in Your Policy: (Continued) Form: 633

| | |
|---|---|
| Agreement, Definitions & Policy Conditions | HQ-D77 MA (05-17) |
| Property Coverage Section | HQ-P03 MA (05-17) |
| Liability Coverage Section | HQ-L77 MA (05-17) |
| Signature Page | HQ-S99 MA (05-17) |
| Limited Fungi or Other Microbes Liability Coverage | HQ-829 MA (05-17) |
| Special Provisions - Massachusetts | HQ-300 MA (07-22) |
| Additional Benefits | HQ-860 MA (08-18) |

**The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Homeowners Insurance Policy.**
**Please keep these documents for reference.**

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| | | |
|---|---|---|
| Year Built: 1905 | Garage Type: Attached | Pool: No |
| # of Families: 1 Family | Square Footage: 3590 | Age of Roof: 24 |
| # of Stories: 2.5 | Construction Type: Frame | Roof Material Type: Architectural Shingle |
| # of Bathrooms: 04 | Siding Type: Wood | |
| # of Employees: 00 | Foundation Type: Basement | |
| Garage - Number of Cars: 2 | Finished Basement: Yes | |

Issued on 01-27-2025

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

We want to make sure we are using accurate information to rate your policy. Because you are the most familiar with your home we need your help to make sure that the information on your Declarations is accurate and complete. If any of the information on your Declarations has changed, appears incorrect or is missing, please advise your agent or Travelers representative. We also need you to check our website at www.mytravelers.com/discounts to ensure that you are receiving all of the discounts for which you are eligible. Once at the website, type in your policy number 6129646766331 and product code QH2 to view all available discounts. Should you have any questions about the information on your Declarations or your discounts, please call your agent or Travelers representative.

Each home is unique and you know your home best. Your coverage amount may need to be adjusted, higher or lower, based on your home's specific construction details, updates or upgrades. Have you recently made any home improvements, such as upgraded your kitchen or bath, or completed a finished living area in your basement? Have you added an extra room or built a deck? These changes can significantly increase the replacement cost value of your home. It is important to make sure your policy affords appropriate coverage and limits to reflect your home's replacement cost value in the event of a total loss. If you disagree with your coverage limit, please contact your agent or Travelers representative who can work with you to help you decide the appropriate amount of insurance for your home and process any necessary adjustments.

TRAVELERS

| | | | |
|---|---|---|---|
| Named Insured | MARY M MARTINS<br>ALBERT MARTINS | Policy Number | [redacted] |
| Policy Period | November 1, 2024 to November 1, 2025 | Issued On Date | January 27, 2025 |

If you have recently replaced your roof it is important that you inform your Travelers Representative.

In case of fire notify the company or its local agent at once in writing.